IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RENARDA ANN COLLINS, )
)
    Plaintiff, )
)
v. ) CASE NO. CV416-193
)
ASHLEY PARKER, SHAWTRYE )
QUARTERMAN, CHATHAM COUNTY )
DFACS, JEANE DESKIN, and )
BRIDGETTE DENNIS, )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Plaintiff's complaint does not sufficiently plead any claim that falls within this Court's jurisdiction. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 18th day of January 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA